# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:09−cv−02217

| | |
|---|---|
| Frank v. The Commonwealth of Antigua and Barbuda | Date Filed: 07/13/2009 |
| Assigned to: Judge Nancy F. Atlas | Date Terminated: 11/10/2009 |
| Cause: 18:1962 Racketeering (RICO) Act | Jury Demand: Plaintiff |
| | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joan Gale Frank**  represented by  **Gregory A Blue**
Morgenstern &Blue, LLC
885 Third Avenue
New York , NY 10022
212−750−6776
Email: gblue@mfbnyc.com
*ATTORNEY TO BE NOTICED*

**Jamie R Welton**
Lackey Hershman LLP
3102 Oak Lawn Ave
Ste 777
Dallas , TX 75219−4241
214−560−2201
Fax: 214−560−2203
Email: jrw@lhlaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jon A. Bell**  represented by  **Gregory A Blue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie R Welton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Bukrinsky**  represented by  **Gregory A Blue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie R Welton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaime Alexis Arroyo Bornstein**  represented by

                                                **Gregory A Blue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie R Welton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Roif Rotstain**    represented by    **Gregory A Blue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie R Welton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan C. Olano**    represented by    **Gregory A Blue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie R Welton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Wade**
*in his capacity as trustee of the Microchip ID Systems, Inc. Retirement Plan, on behalf of themselves and all others similarly situated*
   represented by    **Gregory A Blue**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie R Welton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Commonwealth of Antigua and Barbuda**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2009 | Ï 1 | COMPLAINT against The Commonwealth of Antigua and Barbuda (Filing fee $ 350 receipt number 05410000000005253993) filed by Joan Gale Frank, Jon A. Bell, Samuel Bukrinsky, Jaime Alexis Arroyo Bornstein, Peggy Roif Rotstain, Juan C. Olano, John Wade. (Attachments: # 1 Civil Cover Sheet)(Welton, Jamie) (Entered: 07/13/2009) |
| 07/13/2009 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 10/5/2009 at 01:30 PM in Courtroom 9F before Judge Nancy F. Atlas.(Signed by Judge Nancy F. Atlas) Parties notified.(bthomas, ) (Entered: 07/13/2009) |

| | | |
|---|---|---|
| 07/14/2009 | Ï | Summons Issued as to The Commonwealth of Antigua and Barbuda, filed.(hler, ) (Entered: 07/14/2009) |
| 07/21/2009 | Ï 3 | MOTION for Peter D. Morgenstern to Appear Pro Hac Vice by Joan Gale Frank, Jon A. Bell, Samuel Bukrinsky, Jaime Alexis Arroyo Bornstein, Peggy Roif Rotstain, Juan C. Olano, John Wade, filed. Motion Docket Date 8/10/2009. (Welton, Jamie) (Entered: 07/21/2009) |
| 07/21/2009 | Ï 4 | MOTION for Gregory A. Blue to Appear Pro Hac Vice by Joan Gale Frank, Jon A. Bell, Samuel Bukrinsky, Jaime Alexis Arroyo Bornstein, Peggy Roif Rotstain, Juan C. Olano, John Wade, filed. Motion Docket Date 8/10/2009. (Welton, Jamie) (Entered: 07/21/2009) |
| 07/21/2009 | Ï 5 | MOTION for Rachel K. Marcoccia to Appear Pro Hac Vice by Joan Gale Frank, Jon A. Bell, Samuel Bukrinsky, Jaime Alexis Arroyo Bornstein, Peggy Roif Rotstain, Juan C. Olano, John Wade, filed. Motion Docket Date 8/10/2009. (Welton, Jamie) (Entered: 07/21/2009) |
| 07/23/2009 | Ï 6 | ORDER granting 3 Motion to Appear Pro Hac Vice.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 07/23/2009) |
| 07/23/2009 | Ï 7 | ORDER granting 4 Motion to Appear Pro Hac Vice.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 07/23/2009) |
| 07/23/2009 | Ï 8 | ORDER granting 5 Motion to Appear Pro Hac Vice.(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 07/23/2009) |
| 07/29/2009 | Ï 9 | CERTIFICATE OF INTERESTED PARTIES by Joan Gale Frank, Jon A. Bell, Samuel Bukrinsky, Jaime Alexis Arroyo Bornstein, Peggy Roif Rotstain, Juan C. Olano, John Wade, filed.(Welton, Jamie) (Entered: 07/29/2009) |
| 09/24/2009 | Ï 10 | Unopposed MOTION for Continuance of Initial Pretrial and Scheduling Conference and Deadline to File the Joint Discovery/Case Management Plan by Joan Gale Frank, Jon A. Bell, Samuel Bukrinsky, Jaime Alexis Arroyo Bornstein, Peggy Roif Rotstain, Juan C. Olano, John Wade, filed. Motion Docket Date 10/14/2009. (Attachments: # 1 Proposed Order)(Blue, Gregory) (Entered: 09/24/2009) |
| 09/24/2009 | Ï 11 | ORDER GRANTED 10 Unopposed MOTION for Continuance of Initial Pretrial and Scheduling Conference and Deadline to File the Joint Discovery/Case Management Plan ( Joint Discovery/Case Management Plan due by 12/7/2009, Initial Conference set for 12/14/2009 at 03:30 PM in Courtroom 9F before Judge Nancy F. Atlas).(Signed by Judge Nancy F. Atlas) Parties notified.(sashabranner, ) (Entered: 09/24/2009) |
| 11/10/2009 | Ï 12 | JPML CONDITIONAL TRANSFER ORDER (certified copy) transferring case to Northern District of Texas, Dallas Division to be included in MDL Docket No. 2099. Case terminated on 11/10/2009. (Attachments: # 1 Judge Letter, # 2 Clerk Letter).(bthomas, ) (Entered: 11/12/2009) |
| 11/12/2009 | Ï | Interdistrict transfer to Northern District of Texas, Dallas Division. Case has been electronically transferred out, filed. (bthomas, ) (Entered: 11/12/2009) |