IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-10717

_____

D.C. Docket No. 3:09-CV-2165

United States Court of Appeals
Fifth Circuit
**FILED**
November 22, 2016

Lyle W. Cayce
Clerk

JOAN GALE FRANK; JON A. BELL; DOCTOR SAMUEL BUKRINSKY; JAIME ALEXIS ARROYO BORNSTEIN; PEGGY ROIF ROTSTAIN; JUAN C. OLANO; JOHN WADE, in his capacity as trustee of the Microchip ID Systems, Inc. Retirement Plan, on behalf of themselves and all others similarly situated,

       Plaintiffs - Appellees

v.

THE COMMONWEALTH OF ANTIGUA AND BARBUDA,

       Defendant – Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before WIENER, PRADO, and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.



**Certified as a true copy and issued
as the mandate on Dec 14, 2016**

**Attest:** *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 14, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 15-10717   Joan Frank, et al v. Cm of Antigua and Barbuda

    No. 15-10788   Official Stanford Invstr Com v. Antigua and Barbuda

                          USDC No. 3:09-CV-2165
                          USDC No. 3:13-CV-760

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Shawn D. Henderson, Deputy Clerk
                          504-310-7668

cc:
    Mr. Joshua Eli Abraham
    Mr. Emil Thomas Bayko
    Mr. Clifton Scott Elgarten
    Mr. Peter Daniel Morgenstern
    Mr. Stuart H. Newberger
    Mr. Joshua James Newcomer